UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASF Corporation, | CASE NO.: 2:22-cv-01951-SVW-MAA |
| Plaintiff | JUDGMENT |
| vs. | |
| All Pro Auto Body & Paint Inc. et al, | |
| Defendant. | |

The Court, having issued an order granting plaintiff's motion for default judgment on on September 16, 2022, orders that, judgment is entered for plaintiff and against defendant, pursuant to the conditions set forth in the order, which is ECF #23, on the docket.

DATE:  February 2, 2023

STEPHEN V. WILSON, U.S. DISTRICT JUDGE